UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG,

                 Plaintiff,

against

FLOWERSCHOOL NEW YORK, LLC,

                 Defendant.

CIVIL ACTION NO.: 19 Civ. 8434 (LTS) (SLC)

**ORDER TO INITIATE DEFAULT**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Lawrence Young filed the Complaint in this action on September 11, 2019. (ECF No. 1). On September 16, 2019, Plaintiff executed service of the summons and complaint on Defendant Flowerschool New York, LLC by service on the Secretary of State of the State of New York, resulting in a deadline of October 7, 2019 for Defendant to answer, move, or otherwise respond to the complaint. (ECF No. 7). Defendant did not respond by that deadline. On December 12, 2019, Plaintiff sent, by priority mail, a letter to Defendant advising of the expiration of the time to answer, and stating its intention, in the absence of a response from Defendant, to request a certificate of default by December 27, 2019. (ECF No. 8). To date, Defendant has not responded to the complaint, Plaintiff's letter, or otherwise appeared in this action. Accordingly, Plaintiff is hereby **ORDERED** to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y Local Rule 55.

Plaintiff is directed to serve a copy of this order on Defendant by priority mail or certified mail with return receipt requested and to file proof of such service.

Dated: New York, New York
January 8, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**