UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG,

                               Plaintiff,

against

FLOWERSCHOOL NEW YORK, LLC,

                               Defendant.

CIVIL ACTION NO.: 19 Civ. 8434 (LTS) (SLC)

**ORDER TO INITIATE DEFAULT**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 8, 2020, Plaintiff was ordered to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Rule 55.

Plaintiff has still not done so and accordingly is ORDERED to initiate default proceedings by **February 7, 2020** or Plaintiff will again have to show cause as to why this case should not be dismissed.

Plaintiff is directed to serve a copy of this order on Defendant by priority mail or certified mail with return receipt requested and to file proof of such service.

Dated:      New York, New York
             January 24, 2020

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**